# PD-1492-15

IN THE
TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

| | | |
|---|---|---|
| Jesus Alejandro Rodriguez | § | THIRTEENTH COURT OF APPEALS |
| | § | APPEAL NO. 13-13-00572-CR |
| v. | § | |
| | § | TR.CT.NO. 2012-DCR-1221 |
| The State of Texas | § | |

**RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk**

## MOTION FOR SUSPENSION OF THE RULES

### PURSUANT TO TEX.R.APP.PROC. 2

TO THE HONORABLE JUDGES/JUSTICES OF SAID COURT:

Comes not, Jesus Alejandro Rodriguez, Appellant pro se, in the above-styled enumerated causes, and respectfully requests the Court to suspend the following Tex.R.App.Proc. Rules, and in support thereof, Appellant would show the Court the following also **FILED IN** To SUSPEND Tex.R.App.Proc. 6.3, 9.3(b)(1), 9.5, and 68.11 because **COURT OF CRIMINAL APPEALS**

**NOV 18 2015

Abel Acosta, Clerk**

## I.

Appellant is currently incarcerated in TDCJ-CID at the Mark W. Stiles Unit, 3060 FM 3514, Beaumont, Texas 77705 and as an incarcerated inmate, this unit does not allow or provide inmates with copies of their documents or have access to copy equipment. Due to Appellant's limited resources and the restriction of the unit not allowing or providing inmates with copies, Appellant can only manage a single copy, the original, which he is providing.

## PRAYER FOR RELIEF

Wherefore premises considered, Appellant respectfully prays and requests that the Court GRANT Appellant's Motion for Suspension of the Rules... in accordance with his Petition for Discretionary Review.

Respectfully Submitted,

/s/ Jesus Alejandro Rodriguez

Jesus Alejandro Rodriguez
TDCJ-ID #1884429
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705


## DECLARATION

I hereby declare under penalty of perjury that the foregoing

Motionto be true and correct.

Executed on November 4, 2015.


/s/ Jesus Alejandro Rodriguez

Jeses Alejandro Rodriguez

Pro Se